SAVANNAH, FLORIDA AND WESTERN RAILWAY CO. *v.* TONY.

LUMPKIN, P. J.  This case is controlled by the decision in *Gilbert* v. *Georgia Railroad & Banking Co.*, 104 *Ga.* 412, followed in *Jordan* v. *Georgia S. & F. Ry. Co.*, 105 *Ga.* 274.

*Judgment reversed.   All the Justices concurring.*

Argued February 9,—Decided March 17, 1899.

Action for damages.  Before Judge Norwood.  City court of Savannah.  May term, 1898.

*Erwin, duBignon, Chisholm & Clay,* and *W. B. Stephens,* for plaintiff in error.   *Twiggs & Oliver,* contra.

---

SOLOMON *v.* CARROLL.

LITTLE, J.  This being the first grant of a new trial, and an examination of the record disclosing nothing taking the same out of the provisions of section 5585 of the Civil Code, the judgment below is

*Affirmed.   All the Justices concurring.*

Submitted February 9,—Decided March 17, 1899.

Action for damages.  Before Judge Norwood.  City court of Savannah.  May 21, 1898.

*Wilson & Rogers* and *Denmark, Adams & Freeman,* for plaintiff in error.   *Twiggs & Oliver,* contra.

---

HARDISON *v.* THOMPSON.

LITTLE, J.  The record does not show that any error was committed in admitting evidence.  The verdict was not contrary to law, and was fully sustained by the decided weight of the evidence.  There was no error in denying a new trial.   *Judgment affirmed.   All the Justices concurring.*

Argued February 13,—Decided March 17, 1899.

Complaint.  Before Judge Felton. . Houston superior court. April term, 1898.

*A. T. Harper* and *M. G. Bayne,* for plaintiffs in error.
*W. C. Davis* and *D. L. Henderson,* contra.